Jennifer DIXON, Petitioner

v.

## DEPARTMENT OF HOMELAND SECURITY, Respondent.

### No. 2015–3157.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2016.

Jason Leonard Aldrich, Gattey Baranic APLC, San Diego, CA, argued for petitioner.

James R. Sweet, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Brian Mizoguchi.

WALLACH, CLEVENGER, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**